■ JUSTIN F. MOHR, as Administrator of the Estate of DAVID D. RIVETTE, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD Co., Respondent, et al., Defendants.— Motion to resettle order of October 16, 1967 and application for stay of execution denied. Memorandum: The language used in our order of October 16, 1967 was not intended to be unconditional so as to deprive plaintiff of any statutory right he might have had to seek a review thereof by a higher court. (Three motions.) Present — Bastow, P. J., Del Vecchio, Marsh and Henry, JJ.